FRANK LE VOCI, as Administrator of the Estate of ALBERT LE VOCI, Deceased, Appellant, v. THERESA VILASI, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Glennon, J. P., Dore, Callahan, Van Voorhis and Shientag, JJ.

## (April 10, 1951.

SAMUEL ENGLISH, Respondent, v. JACOB A. SCHWARTZ et al., as Executors of LEONARD F. NATELSON, Deceased, et al., Appellants.— The allegations of the complaint do not establish the existence of any actionable claim against defendants. Viewed as an action to recover damages for abuse of process the complaint is insufficient in that the essential allegations for such an action are lacking. There is nothing in the complaint to show that the second replevin action, which was properly instituted, was perverted in order to attain an unlawful result. It does appear that the process was used for the purpose intended. Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion to dismiss the complaint under rule 106 of the Rules of Civil Practice granted, with costs. Furthermore the prior judgment operates here as an estoppel. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 756.]

RUDOLPH J. REIMAN, Appellant, v. WALTER VON FELDAU, Respondent.— Order, so far as appealed from, unanimously reversed, with $20 costs and disbursements to the appellant, and the motion to vacate the warrant of attachment denied. No opinion. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

REBECCA MEYROWITZ, Respondent, v. ISRAEL MEYROWITZ, Appellant.— Order unanimously reversed and the motion denied upon the ground that the rights of the defendant would otherwise be prejudiced. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.

JOHN SWINTON et al., Respondents, v. W. J. BUSH & Co., INC., Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ. [199 Misc. 321.] [See post, p. 823.]

FRANCIS X. CONWAY, as Trustee in Bankruptcy of SODECO TRADING CORPORATION, Bankrupt, Respondent, v. DICKRAN DADOURIAN et al., Copartners Trading under the Name of DADOURIAN AND COMPANY, Appellants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Shientag, JJ.